RECEIVED
USDC CLERK. COLUMBIA, SC

2020 SEP 24   AM 11: 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

MR. JEREMY SPENCER #FD 67160-019

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-
MR.            MR.              MR.
D. CRICKARD, M. POTTS, J. OWENS

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes   ☐ No
             *(check one)*

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis.*

1

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    JEREMY SPENCER

All other names by which you have been known:
#67160-019

ID Number    COLEMAN FEDERAL CORRECTIONAL
COMPLEX, USP COLMAN 1, P.O.BOX 1033

Current Institution    COLEMAN, FLORIDA 33521

Address

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    MR. D. CRICKARD

Job or Title    ASSOCIATE WARDEN
(if known)

Shield Number    ? IDK

Employer    FBOP FCI ESTILL

Address    100 PRISON R.D. ESTILL, S.C.

☐  Individual capacity    ☑  Official capacity

Defendant No. 2

Name    MR. M. POTTS

2

| | |
|---|---|
| Job or Title (if known) | FOOD ADMINISTRATOR |
| Shield Number | ? IDK |
| Employer | FBOP FCI ESTILL |
| Address | 100 PRISON RD. ESTILL, S.C. |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | MR. J. OWENS |
| Job or Title (if known) | CORRECTIONAL OFFICER |
| Shield Number | ? IDK |
| Employer | FBOP FCI ESTILL |
| Address | 100 PRISON RD. ESTILL, S.C. |

☐ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Shield Number | |
| Employer | |
| Address | |

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.     Are you bringing suit against *(check all that apply)*:

       ☑     Federal officials (a *Bivens* claim)

       ☐     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

MY 1ST AND 14TH AMENDMENT RIGHTS UNDER THE UNITED STATES CONSTITUTION

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

THEY ALL LIED TO ME WITH FALSE INFO THAT LED ME INTO VIOLATING MY RELIGIOUS RIGHTS AND BELIEFS. THEY WHERE AWARE THE FOOD CONTAINED PORK WHEN IT WAS ORDERED!

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

       ☐     Pretrial detainee

       ☐     Civilly committed detainee

       ☐     Immigration detainee

4

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

THIS INCIDENT TOOK PLACE AT FCI ESTILL IN ESTILL S.C. INSIDE OF MY DORM (AA)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

ON MAY 28, 2019 BETWEEN THE HOURS OF 11:00 A.M. AND 8:30 P.M.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THE ASSOCIATE WARDEN DAVID CRICKARD AUTHORIZED FUNDS TO BE USED ON BEHALF OF FOOD AMINISTRATOR MR.M.POTTS TO PURCHASE THE HILLSHIRE FARM BEEF&PORK SAUSAGES THAT HE PROVIDED TO ME TO BREAK MY FAST

DURING THE MONTH OF RAMADAN. OFC. J. OWENS CALLED THE KITCHEN UPON MY REQUEST TO ENQUIRE ABOUT THE SAUSAGES AND ITS CONTENTS AND WAS TOLD BY MR. M. POTTS THAT IT WAS 100% BEEF, WHICH OFC. J. OWENS RELAYED TO ME AND I THEN ATE THE SAUSAGE AGAINST MY RELIGION

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

FOR ALMOST 3 DAYS I HAD A UPSET STOMACH AND LIGHT DIARHEA WITH MY STOOL BUT DID NOT KNOW WHY. I NEVER RECIEVED ANY MEDICAL ATTENTION. I ENDURED STOMACH PAINS AND CRAMPS THINKING I HADE FOOD POISINING

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WISH TO BE AWARDED $25,000,060.00 TWENTY FIVE MILLION DOLLARS FOR VIOLATION OF MY RELIGIOUS RIGHTS

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FEDERAL  CORRECTIONAL  INSTITUTION  ESTILL

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐   Yes

☐   No

☑   Do not know

If yes, which claim(s)?

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑   Yes

☐   No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☐    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

AT THE PRISON THROUGH THE ADMINISTRATIVE REMEDY PROGRAM. REMEDY ID#984693-F1

2.    What did you claim in your grievance?

THAT FEDERAL EMPLOYEES OF THE FBOP FED ME A SAUSAGE TO BREAK MY FAST DURING THE MONTH OF RAMADAN AND LIED TO ME AND TOLD ME IT WAS 100% BEEF WHEN IN FACT IT CONTAINS PORK VIOLATEING MY RELIGIOUS BELIEFS

3.    What was the result, if any?

I WAS NOT GIVEN ANY RELIEF AFTER THE STAFF ADMITTED THAT I WAS FED PORK ALONG WITH FALSE INFO. INITIALLY THE PRISON LIED SAYING MY COMPLAINT WAS OF NOT RECIEVEING A ALTERNATE MENU ITEM

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I COMPLETED THE ENTIRE PROCESS, I DID EVERY APPEAL

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   N/A

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I HAVE NO WAYS TO MAKE COPIES OF MY DOCUMENTS BUT I HAVE THEM IN MY POSSESSION, IM CURRENTLY IN THE HOLE (SPECIAL HOUSING UNIT)

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

   ☐    Yes

   ☑    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐    Yes

☑    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐    Yes

☐    No

If no, give the approximate date of disposition. _____ N/A _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐    Yes

☑    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N/A

Defendant(s)    N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐    Yes

☐    No

11

If no, give the approximate date of disposition. ___N/A___

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

___N/A___

___

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __9 - 14__ , 20__20__.

Signature of Plaintiff _____

Printed Name of Plaintiff    JEREMY SPENCER

Prison Identification # __67160-019__

Prison Address    FEDERAL CORRECTIONAL COMPLEX COLEMAN, USP COLEMAN 1

P.O. BOX 1033, COLEMAN, FLORIDA 33521

City                 State              Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

12

Address         _____

Telephone Number   _____

E-mail Address     _____

13